| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| NEXUS BANKRUPTCY<br>BENJAMIN HESTON (297798)<br>3090 Bristol Street #400<br>Costa Mesa, CA 92626<br>Tel: 949-312-1377<br>Fax: 949-288-2054<br>ben@nexusbk.com<br><br>☐ *Debtor appearing without an attorney*<br>☒ *Attorney for Debtor(s)* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION**

| In re:<br><br>LUTHER HOLIFIELD,<br><br><br><br><br><br>Debtor(s). | CASE NO.: 1:25-bk-12089-VK<br>CHAPTER: 7<br><br>**DEBTOR'S MOTION TO EXTEND TIME TO FILE CASE OPENING DOCUMENTS**<br>(with supporting declaration)<br>[FRBP 1007(c), LBR 1007-1(b)] |
|---|---|

1. The Debtor requests an extension of time under FRBP 1007(c) and LBR 1007-1(b) to file the following:

   ☒ One or more schedules (A/B – J)    ☐ Chapter 13 Plan    ☒ Statement of Financial Affairs
   ☒ Statement of Current Monthly Income (B 122A, B 122B, B 122C)
   ☒ Debtor's Certification of Employment Income
   ☒ Other (*specify*):
   Statement of Related Cases, Statement of Intentions

**Note**: Do not use this form to request an extension of time to obtain the credit counseling required under 11 U.S.C. § 109(h)(1). If the Debtor did not obtain credit counseling before filing the petition, any requests for an extension of time to satisfy the requirement must be made with a certification of exigent circumstances explaining the reason(s) for such a request.

2. Date bankruptcy case filed:  11/6/2025
3. Date of § 341(a) meeting of creditors:  12/10/2025
4. Debtor requests extension to and including (extension deadline) (*date*):  11/28/2025

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2016*    Page 1    **F 1007-1.MOTION.DEC.EXTEND**

5. Declaration regarding the reason(s) for extension (*explain*):

   See attached Declaration of Benjamin Heston.

Debtor acknowledges that denial of this motion or failure to file the required documents by the extended deadline may result in dismissal of the case and a determination that the Debtor is not eligible for any bankruptcy relief for 180 days.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/20/2025 | (See attached Declaration of Benjamin Heston, item #8) | | |
|---|---|---|---|
| Date | Signature of Debtor | Date | Signature of Joint Debtor, if applicable |

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2016*          Page 2          **F 1007-1.MOTION.DEC.EXTEND**

**NEXUS BANKRUPTCY**
BENJAMIN HESTON (297798)
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: 949-312-1377
Fax: 949-288-2054
ben@nexusbk.com

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>LUTHER HOLIFIELD,<br><br>Debtor. | Case No.: 1:25-bk-<br><br>Chapter 7<br><br>**DECLARATION OF BENJAMIN HESTON RE: DEBTOR'S MOTION TO EXTEND TIME TO FILE CASE OPENING DOCUMENTS** |

I, Benjamin Heston, declare as follows:

1. I am the attorney of record for the Debtor. I have personal knowledge of all matters stated herein. On all matters stated on information and belief, I believe those allegations to be true. I could competently testify to the allegations contained herein.

2. On November 5, 2024, I was first contacted by Travis Holifield, the Debtor's son and a former client of my firm, regarding the filing of a bankruptcy petition for his father, Luther Holifield.

3. The urgency of the matter arose due to a pending unlawful detainer action against the Debtor, which had a hearing scheduled in state court for November 7, 2024.

4. Over the course of November 6, 2024, I conducted preliminary due diligence and prepared the emergency filing documents necessary to stop the eviction proceedings. I also contacted the attorneys handling the unlawful detainer for the Plaintiff and informed them of the imminent bankruptcy filing.

1

5. Shortly after midnight on November 7, 2024, I filed a voluntary petition on behalf of the Debtor to invoke the automatic stay prior to the state court hearing.

6. Since the filing of the petition, I have been in contact with the Debtor's son to collect the necessary documentation and information required to complete the Debtor's bankruptcy filing. However, I have not yet finished compiling the necessary data. I am requesting this extension so that I can ensure the Debtor's schedules and statements are accurate upon filing, rather than filing incomplete or inaccurate documents to meet the deadline and subsequently amending them.

7. As of today, the case commencement documents cannot be filed with full confidence that they are complete and accurate without additional time to review the financial details with the Debtor and his son.

8. I have sent this Motion to the Debtor who confirmed his acceptance and authorization to file this request to extend the deadline. However, the Debtor is currently unable to print or scan his signature to a supporting declaration because the electricity in his building has been shut off.

9. Given these circumstances, I respectfully request that the Court grant an extension of time for the Debtor to file the remaining case commencement documents.

10. I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Date: November 20, 2025

Benjamin Heston

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**3090 Bristol Street #400
Costa Mesa, CA 92626**

A true and correct copy of the foregoing document entitled (*specify*): **DEBTOR'S MOTION TO EXTEND TIME TO FILE CASE OPENING DOCUMENTS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 11/20/2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Amitkumar Sharma    amit.sharma@aisinfo.com
United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
Nancy J Zamora (TR)    zamora3@aol.com, nzamora@ecf.axosfs.com

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) 11/20/2025 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed (state method for each person or entity served):

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/20/2025 | **Benjamin Heston** | /s/Benjamin Heston |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**