| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Agop Gary Arakelian #186467<br>gary.arakelian@kts-law.com<br>KIMBALL, TIREY & ST. JOHN, LLP<br>915 Wilshire Blvd., Ste. #1650<br>Los Angeles, CA 90017<br>Tel: 213-337-0050<br>Fax: 213-337-0080<br><br>☒ *Attorney for Movant*<br>☐ *Movant appearing without an attorney* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO VALLEY DIVISION**

| In re:<br>Luther Holifield<br><br>Debtor(s) | CASE NO.: 6:25-bk-11297-RB<br>CHAPTER: 7 |
|---|---|
| | **SUPPLEMENTAL NOTICE RE: AVAILABILITY OF ZOOMGOV AUDIO AND VIDEO FOR REMOTE APPEARANCE** |
| | HEARING DATE: January 8, 2026<br>HEARING TIME: 9:30am<br>HEARING LOCATION: 21041 Burbank Boulevard, Woodland Hills, CA 91367 |

**Movant:** Avalonbay Communities, Inc.

1. The Movant has filed the following written notice or other pleading ("Notice") advising of a hearing to be held in the above-captioned case, on the date and time and at the location indicated above, before the Honorable Victoria S. Kaufman, United States Bankruptcy Judge *(insert name of pleading and, if available, docket number):*

   > **Notice of Motion and Motion for Relief from the Automatic Stay or for Order Confirming that the Automatic Stay Does not Apply Under 11 U.S.C. Section 362(l) (with supporting declarations) (UNLAWFUL DETAINER)**

2. In addition to appearing in person, parties in interest (and their counsel) may appear remotely using ZoomGov audio and video. Information on how to appear using ZoomGov is provided on the following page of this notice.

3. Parties in interest (and their counsel) may connect by ZoomGov audio and video using a personal computer (equipped with camera, microphone and speaker), or a handheld mobile device with an integrated camera, microphone and speaker (such as an iPhone, iPad, Android phone or Android tablet).

4. The connection can be initiated by entering the "Meeting URL" into a web browser on any of these devices, provided the device is connected to the Internet. Individuals connecting in this manner will be prompted for the Meeting ID and Password shown below.

5. **Members of the public and the press may only connect to the zoom audio feed, and only by telephone. Access to the video feed by these individuals is prohibited. In the case of a trial or evidentiary hearing, no audio access will be provided. However, members of the public and the press may observe all proceedings in person.**

6. Neither a Zoom nor a ZoomGov account is necessary to participate in or observe the hearing, and no pre-registration is required. The use of ZoomGov is free of charge to participants.

7. The audio portion of the hearing will be recorded electronically by the Court and constitute its official record.

8. **All persons are strictly prohibited from making any other recording of court proceedings, whether by video, audio, "screenshot," or otherwise. Violation of this prohibition may result in the imposition of monetary and non-monetary sanctions.**

9. Any party in interest or counsel that elects to appear remotely by ZoomGov bears the risk of malfunction or disconnection from the hearing.

10. The following is the unique ZoomGov connection information for the above-referenced hearing:

MeetingURLhttps://cacb.zoomgov.com/s/1605107903
Meeting ID: 160 510 7903
Password: 558230
Telephone:1 (669) 254 5252 or 1 (646) 828 7666

11. More information on using ZoomGov to participate in this hearing is available on the Court's website at the following web address: https://www.cacb.uscourts.gov/news/zoom-video-hearing-guide-and-training-participants.

Date: 11/25/2025

Kimball Tirey & St. John LLP
Printed name of law firm (if applicable)

Agop Gary Arakelian, Esq.
Printed name of individual Movant or attorney for Movant

**NOTE: Unless otherwise ordered by Judge Bordeaux: (i) this form should not be used for any trial or evidentiary hearing and (ii) no party or witness may appear remotely for any trial or evidentiary hearing.**