Certificate Number: 14912-CAC-DE-040470544

Bankruptcy Case Number: 25-12089



14912-CAC-DE-040470544

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 5, 2026, at 12:08 o'clock AM EST, Luther Holifield Jr completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date:   January 5, 2026                By:   /s/Jai Bhatt

                                       Name: Jai Bhatt

                                       Title: Counselor