United States Bankruptcy Court

Central District of California

In re:  
Luther Holifield  
    Debtor

Case No. 25-12089-VK  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0973-1      User: admin      Page 1 of 2  
Date Rcvd: Feb 17, 2026      Form ID: 318a      Total Noticed: 16

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Luther Holifield, 20568 Ventura Blvd Apt 203, Woodland Hls, CA 91364-6457 |
| cr | + | Avalonbay Communities, Inc., Kimball Tirey & St. John LLP, 915 Wilshire Boulevard, Suite 1650, Los Angeles, CA 90017, UNITED STATES 90017-2658 |
| 42774128 | + | AvalonBay Communities, 2050 Main St #1200, Irvine, CA 92614-8280 |
| 42774136 | | Nation Credit Services, 1775 The Exchange SE Ste 300, Atlanta, GA 30339-2016 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QNJZAMORA.COM | Feb 18 2026 10:11:00 | Nancy J Zamora (TR), U.S. Bank Tower, 633 West 5th Street, Suite 2600, Los Angeles, CA 90071-2053 |
| smg | | EDI: EDD.COM | Feb 18 2026 10:11:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P. O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Feb 18 2026 10:11:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P. O. Box 2952, Sacramento, CA 95812-2952 |
| smg | | Email/Text: finance.bankruptcy@lacity.org | Feb 18 2026 05:20:00 | Los Angeles City Clerk, P. O. Box 53200, Los Angeles, CA 90053-0200 |
| cr | + | EDI: AISACG.COM | Feb 18 2026 10:11:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 42774129 | | EDI: CAPITALONE.COM | Feb 18 2026 10:11:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 42774130 | | EDI: CAPONEAUTO.COM | Feb 18 2026 10:11:00 | Capital One Auto Finance, PO Box 60511, City Industry, CA 91716-0511 |
| 42774131 | + | EDI: PHINGENESIS | Feb 18 2026 10:11:00 | Concora Credit / Indigo, PO Box 4477, Beaverton, OR 97076-4401 |
| 42774132 | | Email/PDF: creditonebknotifications@resurgent.com | Feb 18 2026 05:33:32 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 42774133 | | EDI: AMINFOFP.COM | Feb 18 2026 10:11:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 42774134 | | Email/Text: bankruptcy@kikoff.com | Feb 18 2026 05:20:00 | KikOff Lending, 200 S Virginia St Ste 460, Reno, NV 89501-2402 |
| 42774135 | | Email/Text: bankruptcynotices@kts-law.com | Feb 18 2026 05:21:00 | Kimball, Tirey, St John LLP, 915 Wilshire Blvd Ste 1650, Los Angeles, CA 90017-2658 |

TOTAL: 12

| | | |
|---|---|---|
| District/off: 0973-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 17, 2026 | Form ID: 318a | Total Noticed: 16 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 19, 2026    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Agop Gary Arakelian | on behalf of Creditor Avalonbay Communities  Inc. gary.arakelian@kts-law.com, ashley.rossetto@kts-law.com,donna.dishbak@kts-law.com,melissa.jenkins@kts-law.com |
| Amitkumar Sharma | on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A., c/o AIS Portfolio Services, LLC amit.sharma@aisinfo.com |
| Benjamin Heston | on behalf of Debtor Luther Holifield bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Nancy J Zamora (TR) | zamora3@aol.com  nzamora@ecf.axosfs.com |
| United States Trustee (SV) | ustpregion16.wh.ecf@usdoj.gov |

TOTAL: 5

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Luther Holifield<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–4994<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _<br>EIN   __–_____ |
| United States Bankruptcy Court | Central District of California | |
| Case number: | 1:25–bk–12089–VK | |

## Order of Discharge – Chapter 7    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Luther Holifield

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 2/17/26

**Dated:** 2/17/26

**By the court:** Victoria S. Kaufman
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

30/AUTU

For more information, see page 2 >

Official Form 318–CACBdodb/CACodsc    **Order of Chapter 7 Discharge**    page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**